United States District Court
Central District of California

UNITED STATES OF AMERICA v.            Docket No. CR-99-1023 CBM
Defendant PATHE COMMUNICATIONS CORPORATION Social Security No. None
aka: Cannon Group, Inc.

**Mailing Address:**
10 East 40th Street
New York, New York 10016

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person, on November 6, 2000.

COUNSEL:    XX  WITH COUNSEL Steve Turnbull (retained)
                       (Name of Counsel)

PLEA:       XX  GUILTY, and the Court being satisfied that there is a factual basis for the plea.   _____ NOLO CONTENDERE   _____ NOT GUILTY

FINDING:    The defendant has been convicted as charged of the offense(s) of: Securities Fraud in violation of 15 USC 78j(b), 78ff(a) and 17 CFR 240.10b.5 (Count 1); Filing False Reports with the SEC in violation of 15 USC 78m(a), 78ff(a) and 17 CFR 240.12b-20 (Counts 2, 3 and 4), Class C Felonies

JUDGMENT AND PROBATION/COMMITMENT ORDER:
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, that the defendant pay a fine of $1,125,000 as to each of Counts 1, 2, 3 and 4, the total fine being $4,500,000. The fine shall be satisfied by the transfer to the United States of a portion of the $1.3 billion judgment obtained by CLBN against Paretti in the Los Angeles Superior Court, Case No. BC101631.
It is further ordered that the defendant shall pay to the United States an assessment of $800, which is due immediately.
The defendant was advised of the Right to Appeal.

Pursuant to Section 5E1.2(f) of the Guidelines, all fines are waived including the cost of imprisonment and supervision, as it is found that the defendant does not have the ability to pay.
It is further ordered that the defendant shall pay to the United States a special assessment of $100.00.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by: District Judge
                         CONSUELO B. MARSHALL
It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

                                              Sherri R. Carter, Clerk

Dated/Filed  March 13, 2001        By _____
             Month / Day / Year              Deputy Clerk
                                           Joseph M. Levario